**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>BRAVEN LC,<br><br>             Defendant. | C.A. No. 1:14-cv-249-SLR |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Sapphire Dolphin LLC, and Defendant, Braven LC, by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims and counterclaims in this action between Plaintiff and Defendant are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees in this action.  Upon payment in full of the Settlement Payment in accordance with the Settlement Agreement between the parties, this dismissal shall be with prejudice.

| | |
|---|---|
| /s/ *Stephen B. Brauerman*<br>Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>Sara E. Bussiere (#5725)<br>**BAYARD, P.A.**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Sapphire Dolphin LLC* | /s/ *Paul E. Crawford*<br>Paul E. Crawford (#0493)<br>Francis DiGiovanni (#3189)<br>**NOVAK DRUCE CONNOLLY**<br>    **BOVE + QUIGG LLP**<br>1007 North Orange Street<br>Ninth Floor<br>Wilmington, DE 19801<br>(302) 888-6319<br>paul.crawford@novakdruce.com<br>frank.digiovanni@novakdruce.com<br><br>*Attorneys For Defendant*<br>*Braven LC* |

**DATED:**  May 22, 2014

5606246_1

**IT IS SO ORDERED this \_\_\_\_ day of May, 2014.**

_____
**HON. SUE L. ROBINSON**
**UNITED STATES DISTRICT JUDGE**