# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>BRAVEN LC,<br><br>     Defendant. | C.A. No. 14-249-SLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sapphire Dolphin LLC ("Plaintiff") and Defendant, Braven LC ("Defendant"), hereby stipulate and agree that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs and attorneys' fees in this action.

| | |
|---|---|
| BAYARD, P.A. | NOVAK DRUCE CONNOLLY<br>BOVE + QUIGG LLP |
| /s/ *Stephen B. Brauerman*<br>Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>Sara E. Bussiere (#5725)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Sapphire Dolphin LLC* | /s/ *Paul E. Crawford*<br>Paul E. Crawford (#0493)<br>1007 North Orange Street<br>Ninth Floor<br>Wilmington, DE 19801<br>(302) 888-6319<br>paul.crawford@novakdruce.com<br><br>*Attorneys For Defendant*<br>*Braven LC* |

DATED: September 12, 2014

IT IS SO ORDERED this ____ day of _____, 2014.

_____
The Honorable Sue L. Robinson
United States District Judge